IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02089-RPM

LAURA DONAVAN,

    Plaintiff,
v.

TONY L. DIXON and
RAYMOND THOMAS ALLRED, dba HP LOGISTICS

    Defendants.

_____

ORDER FOR REMAND
_____

Based on the amended complaint [Doc. 13-2] filed with the motion to remand, limiting the damages to less than $75,000, it is

ORDERED that this civil action is remanded to the District Court for Chaffee County, Colorado.

DATED: October 7th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge